Form 931BNC  (Revised 04/28/2014)

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 14–03463–jw                                              Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*
Mary Chandler Stuckey
aka Mary C Duke, aka Mary Chandler Rodgers Duke
557 Fitch Road
Lake City, SC 29560

SSN: xxx–xx–8179

| **Entered By The Court**<br>**9/5/14** | **ORDER** | **Filed By The Court**<br>**9/5/14**<br>**Laura A. Austin**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

CII Order – The plan does not currently comply with the requirements of Chapter 13. Therefore, confirmation of the plan as presently filed is denied. The debtor(s) is/are given ten (10) days from the date of this Order within which to propose and file an amended plan, along with an affidavit which certifies that a copy of such amended plan was mailed to the holder of any claim whose rights may have been adversely affected by an amendment to the plan as previously filed. If no such amended plan and/or certificate of mailing is filed, this case may be dismissed without further notice or hearing. If filed and not confirmed, a continued confirmation hearing shall be held on the amended plan on 10/02/2014 at 10:30AM in Charleston. Any other conditions incident to confirmation which may have been made orally by the Court during the hearing are hereby made a part of this order. AND IT IS SO ORDERED. Signed By: Judge John E. Waites, US Bankruptcy Court – District of South Carolina.

Document 12 – 11

*/s/ John E. Waites*

United States Bankruptcy Judge